[No. 11612-3-III.   Division Three.   December 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL
D. BAYS, *Appellant*.

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 90-8-00042-5, Fred L. Stewart, J., entered

May 2, 1991. *Affirmed* by unpublished opinion per Green, J. Pro Tem., concurred in by Shields, C.J., and Brown, J. Pro Tem.